## ATTACHMENT A TO CIVIL COVER SHEET (PLAINTIFF'S COUNSEL)

**VORYS, SATER, SEYMOUR AND PEASE LLP**
Joseph R. Miller (0068463), *Trial Attorney*
Christopher L. Ingram (0086325)
Arryn K. Miner (0093909)
Elizabeth S. Alexander (0096401)
52 East Gay Street, P.O. Box 1008
Columbus, Ohio  43216-1008
Phone: (614) 464-6400
Fax: (614) 719-4630
jrmiller@vorys.com
clingram@vorys.com
akminer@vorys.com
esalexander@vorys.com

**ATTACHMENT B TO CIVIL COVER SHEET (DEFENDANT'S COUNSEL)**

**ISAAC WILES**

Mark Landes
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Phone: (614) 221-2121
Fax: (614) 365-9516
Email: mlandes@isaacwiles.com