# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SEATTLE HOUSE LLC**, individually and on behalf of all others similarly situated, | : : Civil Action 2:20-cv-03284 : : |
| Plaintiff, | : Judge Edmund A. Sargus : |
| v. | : Magistrate Judge Chelsey M. Vascura : |
| **CITY OF DELAWARE, OHIO**, | : : |
| Defendant. | : : |

## JOINT MOTION TO REOPEN AND TO STAY

Pursuant to the Court's Order entered on September 25, 2023 administratively closing the case, (Doc. 75), Plaintiff Seattle House, LLC and Defendant City of Delaware, Ohio (together, the "Parties") hereby jointly move the Court to reopen the case and to stay the litigation. The Parties have entered into a settlement, the terms of which is anticipated to take several years in order for the settlement to be completed. A copy of the Parties Settlement Agreement is attached for the Court's convenience. The Parties therefore request that this matter be stayed for a period of three years or until the Parties file a stipulated dismissal. A proposed order is attached hereto.

Respectfully submitted,

| | |
|---|---|
| ISAAC, WILES & BURKHOLDER, LLC | VORYS, SATER, SEYMOUR AND PEASE LLP |
| */s/ Ryan C. Spitzer* | */s/ Christopher L. Ingram* |
| Mark Landes (0027227) *Trial Attorney* | Joseph R. Miller (0068463) *Trial Attorney* |
| Aaron M. Glasgow (0075466) | Christopher L. Ingram (0086325) |
| Ryan C. Spitzer (0093515) | Elizabeth S. Alexander (0096401) |
| Two Miranova Place, Suite 700 | 52 East Gay Street |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 |
| T: 614-221-2121 / F: 614-365-9516 | T: 614-464-6400 / F: 614-719-4630 |
| mlandes@isaacwiles.com | jrmiller@vorys.com |
| aglasgow@isaacwiles.com | clingram@vorys.com |
| rspitzer@isaacwiles.com | esalexander@vorys.com |
| *Counsel for Defendant City of Delaware* | *Counsel for Plaintiff Seattle House LLC* |

-2-

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served electronically through this Court's electronic service system upon all parties and/or counsel of record on this March 26, 2024. Notice of this filing is sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Christopher L. Ingram*
Christopher L. Ingram