UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SEATTLE HOUSE, LLC,**

        **Plaintiff,**

    v.                                      Case No. 2:20-cv-3284
                                                Judge Edmund A. Sargus, Jr.
**CITY OF DELAWARE, OHIO,**         Magistrate Judge Chelsey M. Vascura

        **Defendant.**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Reopen and to Stay. (ECF No. 76.) In 2023, this Court issued an Order administratively closing this case after the Parties reached the final stages of settlement. (ECF No. 75.) The Court directed the Parties to file a request to reopen this case when the settlement was completed. (*Id.*)

Pursuant to this Court's Order, the Parties notified the Court that they entered into a Settlement Agreement but indicated that the terms of that agreement may take several years to complete. (ECF No. 76.) The Parties requested that the case be reopened and stayed for a period of three years or until the Parties file a stipulation of dismissal. (*Id.*)

Rather than reopening and staying the case, the case will remain **ADMINISTRATIVELY CLOSED.** The Parties are **DIRECTED** to notify the Court or to file a stipulation of dismissal within 21 days after the terms of the Settlement Agreement are completed. Accordingly, the Joint Motion (ECF No. 76) is **DENIED.**

    IT IS SO ORDERED.

**4/9/2024**                                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                                            **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**